## Commonwealth *v.* Colegrove, Appellant.

Submitted June 14, 1971. *Michael J. Dowd,* for appellant; *C. Wayne Smyth,* First Assistant District Attorney, and *Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Cruz.

Argued June 22, 1971. *J. Bruce McKissock,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Stephen Robert LaCheen,* for appellee.

Appeal quashed.

WRIGHT, P. J., would refuse to quash and would reverse.